UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

JEFFREY BEARD,

                                  **Plaintiff,**

       -against-

CITY OF NEW YORK, et al.,

                                **Defendants.**

------------------------------------------------------------X

24-CV-8717 (MMG)(SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge**:

On June 16, 2025, the Honorable Margaret M. Garnett assigned this matter to my docket for settlement. The parties are directed to email Courtroom Deputy Diljah Shaw at Diljah_Shaw@nysd.uscourts.gov with three mutually convenient dates to schedule a settlement conference beginning in August 2025. Due to the Court's busy calendar, settlement conferences must generally be scheduled at least six to eight weeks in advance. The Court will likely be unable to accommodate last-minute requests for settlement conferences, and the parties should not anticipate that litigation deadlines will be adjourned in response to late requests for settlement conferences.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    June 17, 2025
               New York, New York