UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

JEFFERY BEARD,

                                            **Plaintiff,**   24-CV-8717 (MMG)(SN)

                -against-   **ORDER**

CITY OF NEW YORK, et al.,

                                   **Defendants.**

------------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge**:

      On Tuesday, August 12, 2025, Plaintiff's counsel requested an order to produce Plaintiff who is currently incarcerated at Rikers Island. ECF Nos. 75, 76. The Court issued an Order to Produce the same day. ECF No. 77. Plaintiff's counsel now requests an order to show cause for the Department of Correction's inability to confirm contact information for Plaintiff's appearance at the settlement conference. ECF No. 78.

      The Court will not enter an order to show cause. Plaintiff's counsel requested that his client telephonically attend the settlement conference only three days ago, despite the conference having been scheduled two months ago. It is not reasonable to expect that the Department of Correction can necessarily comply with the request on such short notice.

      Accordingly, the Court can either proceed with the conference (either without the Plaintiff, if counsel has full settlement authority, or with the Plaintiff if the Department of Correction is able to make arrangements). Alternatively, the Court can reschedule the conference for Friday, September 12, 2025, at 10:00 a.m.

Counsel shall immediately discuss and notify the Court by email at Netburn_NYSDChambers@nysd.uscourts.gov with their proposal.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:   August 15, 2025
         New York, New York