UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

JEFFERY BEARD,

                             Plaintiff,

        -against-

CITY OF NEW YORK, et al.,

                            Defendants.

------------------------------------------------------------X

24-CV-8717 (MMG)(SN)

**ORDER TO PRODUCE**

**SARAH NETBURN, United States Magistrate Judge**:

      A settlement conference is scheduled for September 12, 2025, at 10:00 a.m. Accordingly, the Warden or other official in charge of West Facility, Rikers Island is ORDERED to produce Jeffery Beard (Book & Case No. 3492303733; NYSID No. 12401412Z) on September 12, 2025, at 10:00 a.m. and for several hours thereafter to a suitable location within Rikers Island that is equipped with a telephone, for the purpose of participating by telephone in a conference with the Court.

      Defendants' counsel must: (1) send this Order to the Warden immediately; (2) contact Rikers Island to arrange the call and determine the telephone number at which Plaintiff will be reachable at the above time and date; and (3) provide that number to Plaintiff's counsel, who will telephone Plaintiff at the time and date of the conference.

**SO ORDERED.**

                                                                SARAH NETBURN
                                                                United States Magistrate Judge

DATED:     August 18, 2025
               New York, New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/18/2025